(127 So. 247)
### Allie CLEGHORN v. STATE.
#### 4 Div. 452.

Supreme Court of Alabama.
Dec. 5, 1929.

Rehearing Denied April 3, 1930.

Charlie C. McCall, Atty. Gen., and J. M. Loflin, Sol., of Enterprise, for the State.

Hill, Hill, Whiting, Thomas & Rives, of Montgomery, opposed.

PER CURIAM.

Petition of the state of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Cleghorn v. State, 127 So. 247.

Writ granted on authority of Jinright v. State, ante, p. 268, 125 So. 606.

All the Justices concur.